IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| INTEGRATED GPS TECHNOLOGIES, INC. § | | |
| a Texas corporation, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 97-4063 |
| v. | § | |
| | § | |
| CHICAGO MAP CORPORATION, | § | |
| an Illinois corporation, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Based upon the Court's determination of the findings of fact and conclusions of law in this matter, the Court

GRANTS the Motion for Judgment as a Matter of Law in favor of the defendant pursuant to Fed. R. Civ. P. 50.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this __27__ day of August, 1999.

_____
DAVID HITTNER
United States District Judge